No. 66, Misc. GOLLA *v.* DELAWARE. Supreme Court of Delaware. Certiorari denied. 

No. 67, Misc. PULASKI *v.* RAGEN, WARDEN. Criminal Court of Cook County, Illinois. Certiorari denied.

No. 71, Misc. INGLE *v.* CALIFORNIA. Supreme Court of California. Certiorari denied. 

No. 72, Misc. WILSON *v.* WARDEN, MARYLAND PENITENTIARY. Court of Appeals of Maryland. Certiorari denied. 

No. 76, Misc. KILLEBREW *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Robert G. Maysack* for the United States. 

No. 78, Misc. TURNER *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Rankin, Assistant Attorney General Wilkey, Beatrice Rosenberg* and *Felicia Dubrovsky* for the United States. 

No. 79, Misc. MARINACCIO *v.* NEW YORK. C. A. 2d Cir. Certiorari denied.

No. 80, Misc. GRUBBS *v.* NEW YORK ET AL. C. A. 2d Cir. Certiorari denied.

No. 81, Misc. LESSER *v.* NEW YORK. Court of General Sessions, New York County, New York. Certiorari denied.